IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARLA JEFFERY<br><br>Plaintiff<br><br>v.<br><br>ERIE COUNTY PENNSYLVANIA, AUBREA HAGERTY-HAYNES and DAVID BRADFORD, in their individual and official capacities<br><br>Defendants | CIVIL ACTION NO. 1:23-CV-84<br><br><br><br><br><br><br><br><br>JURY TRIAL OF 12 DEMANDED |

### JOINT STIPULATION OF DISMISSAL
### OF DEFENDANTS AUBREA HAGERTY-HAYNES AND DAVID BRADFORD

AND NOW, come all parties, by and through their respective counsel, and hereby enter into a STIPULATION OF DISMISSAL, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), of all claims of Plaintiff, Karla Jeffery, against Defendants, AUBREA HAGERTY-HAYNES and DAVID BRADFORD, in their individual and official capacities, in the above-captioned matter, with prejudice.

Respectfully submitted,

SEAN A. CASEY, ATTORNEY AT LAW

By /s/ Sean A. Casey
Sean A. Casey
PA ID No. 79806
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
412-201-9090
sean@caseylegal.com
*Counsel for Plaintiff*

MARSHALL DENNEHEY, P.C.

By _____
G. Jay Habas
PA ID No. 55581
717 State Street, Suite 701
Erie, PA 16501
814-480-7800
gjhabas@mdwcg.com
*Counsel for Defendants*

LEGAL/162593908.v1

It is so ORDERED this 20th day of November, 2024.

_____
United States District Judge